# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

## 1:10-cr-00329-JEC-CCH
## USA v. Esparza Hernandez
## Honorable Julie E. Carnes

Minute Sheet for proceedings held In Open Court on 01/21/2011.

| | |
|---|---|
| TIME COURT COMMENCED: 3:35 P.M. | COURT REPORTER: David Ritchie |
| TIME COURT CONCLUDED: 3:48 P.M. | COURT INTERPRETER: David Hoover |
| TIME IN COURT: 00:13 | CSO/DUSM: CSO Meadows |
| | USPO: Joshua Barnette |
| | DEPUTY CLERK: Dee-dee McGoldrick |

| | |
|---|---|
| DEFENDANT(S): | [1]Cuahutemoc Esparza Hernandez Present at proceedings |
| ATTORNEY(S) PRESENT: | Allison Dawson representing Cuahutemoc Esparza Hernandez<br>Tracia King representing USA |
| PROCEEDING CATEGORY: | Sentencing Hearing(Sentencing Hearing Non-evidentiary); |
| MINUTE TEXT: | Defendant addressed the Court. The Court verbally adopted the Report and Recommendation on the plea of guilty [19]. Defendant is sentenced to CBOP 41 months; 3 years supervised release; $100 special assessment; deportation upon release - see J&C for details. No objections, appeal rights given and defendant remanded to the custody of USMS. |
| HEARING STATUS: | Hearing Concluded |